# Exhibit C

# Generex Announces Stock Dividend

*Company plans to issue a 20:1 common stock dividend*
*Record & Payment Dates to be Announced*

**MIRAMAR, FL**, October 10, 2018 / (Business Wire) / -- Generex Biotechnology Corporation (www.generex.com) (OTCQB:GNBT) (http://www.otcmarkets.com/stock/GNBT/quote) today announced its plan to issue a stock dividend.  The Company's Board of Directors has approved the issuance of 20 shares of common stock for every one share of issued and outstanding common stock.  As at the date hereof, there are 1,068,100 shares of the Company's common stock issued and outstanding.

All options, warrants, and convertible securities of the Company that are outstanding on the record date and entitle the holders thereof to exercise or convert for shares of the Company's common stock will be proportionally adjusted to reflect the dividend.

The Company will announce record and payment dates in respect of the stock dividend in due course following the completion of requisite regulatory filings.

There will be no change in the Company's ticker symbol as a consequence of the stock dividend.

President & Chief Executive Officer Joseph Moscato commented: "I am pleased that the Board of Directors of Generex have approved this shareholders' dividend as a reward to our loyal shareholders for allowing us to reorganize the Company by approving all of our initiatives at our annual meeting last November, which enabled us to ignite our acquisition strategy. With the completion of our first closing of the Veneto company operating assets on October 3, and the projected second acquisition of the enterprise operating assets on November 1st, we will have transformed the Company into a fully integrated operating company that will generate significant revenues and profits, which are projected to grow exponentially as we expand the model to a national footprint. This stock dividend, together with the implementation of other Company initiatives, will hopefully position the Company to eventually seek an up-listing to the Nasdaq Capital Market.  I look forward to distributing the 20 for one stock dividend in the near term providing a 20-times benefit back to our shareholders for their help in reaching our goal to build an integrated pharmaceutical company that delivers solutions in this new era of healthcare.  Thank you to all of our Generex shareholders, management, board members, partners, and subsidiaries for all your support."

Cautionary Note Regarding Forward-Looking Statements

*This release and oral statements made from time to time by Generex representatives in respect of the same subject matter may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements can be identified by introductory words such as "expects," "plan," "believes," "will," "achieve," "anticipate," "would," "should," "subject to" or words of similar meaning, and by the fact that they do not relate strictly to historical or current facts. Forward-looking statements frequently are used in discussing potential product applications, potential collaborations, product development activities, clinical studies, regulatory submissions and approvals, and similar operating matters. Many factors may cause actual results to differ from forward-looking statements, including inaccurate assumptions and a broad variety of risks and uncertainties, some of which are known and others of which are not. Known risks and uncertainties include those identified from time to time in the reports filed by Generex with the Securities and Exchange Commission, which should be considered together with any forward-looking statement. No forward-looking statement is a guarantee of future results or events, and one should avoid placing undue reliance on such statements. Generex undertakes no obligation to update publicly any forward-looking statements, whether as a result of new information, future events or otherwise.  Generex claims the protection of the safe harbor for forward-looking statements that is contained in the Private Securities Litigation Reform Act.*

SOURCE Generex Biotechnology Corporation

Generex Contact:

Generex Biotechnology Corporation

Joseph Moscato
646-599-6222

Todd Falls
800-391-6755 Extension 222

investor@generex.com

# Generex Confirms & Clarifies 20:1 Common Stock Dividend

*CEO Explains Difference Between Stock Dividend & Forward Spilt;*

*Addresses Investor Inquiries*

**MIRAMAR, FL**, October 22, 2018 / (Business Wire) / -- Generex Biotechnology Corporation (www.generex.com) (OTCQB:GNBT) (http://www.otcmarkets.com/stock/GNBT/quote) today confirmed its previously announced plan to issue a 20:1 stock dividend.  The announcement today includes a clarification of the stock dividend process and how it is different from a forward spilt.

On October 10, 2018 the Company announced that its Board of Directors had approved the issuance of 20 shares of common stock for every one share of issued and outstanding common stock.  As of today, there are 1,068,100 shares of the Company's common stock issued and outstanding.  The Company has an obligation to issue additional shares to satisfy certain outstanding option, warrant and convertible security commitments. All options, warrants, and convertible securities of the Company outstanding on the record date will be proportionally adjusted to reflect the dividend.

"With a stock dividend, an in-kind dividend is declared by the Board of Directors," explained President & Chief Executive Officer Joseph Moscato. "Existing shareholders on the record date will not have to do anything, they will receive the additional shares, on a pro-rata basis, in the amount of the dividend. For every share of stock a shareholder owns on the record date, they will receive twenty new dividend shares.  For every one share of stock a shareholder owns, following the dividend, they will own 21 shares.  For shares held in a brokerage account, the dividend shares will show up in that account.  For shares held in certificate format, the dividend shares will be issued via book entry and shareholders will have the option of requesting a physical certificate."

Mr. Moscato continued, "A stock dividend of this nature is different from a forward split.  If the Company were executing a forward split, all shares owned by shareholders would be collected and new shares would be issued.  For instance, in a 20:1 forward split, for every share a shareholder returned to the Company, that shareholder would be issued 20 new shares. After a forward split, for every share held by shareholders they would own 20 shares of a newly issued stock.  Generex is executing a stock dividend, not a forward spilt."

*It is important to note that this pro rata common stock dividend is not a forward stock split.  There will be no change in: the Company's ticker symbol; the Company's CUSIP number; the par or stated value of the Company's common stock; or the Company's Restated Certificate of Incorporation.  In addition, there will be no automatic adjustment of the stock*

*price as there would be with a forward split and the newly issued stock will have the same trading characteristics as the underlying securities.*

No shareholder action will be required in respect of this in-kind dividend.

The Company will announce record and payment dates in respect of the stock dividend in due course following the completion of requisite regulatory filings.

Cautionary Note Regarding Forward-Looking Statements

*This release and oral statements made from time to time by Generex representatives in respect of the same subject matter may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements can be identified by introductory words such as "expects," "plan," "believes," "will," "achieve," "anticipate," "would," "should," "subject to" or words of similar meaning, and by the fact that they do not relate strictly to historical or current facts. Forward-looking statements frequently are used in discussing potential product applications, potential collaborations, product development activities, clinical studies, regulatory submissions and approvals, and similar operating matters. Many factors may cause actual results to differ from forward-looking statements, including inaccurate assumptions and a broad variety of risks and uncertainties, some of which are known and others of which are not. Known risks and uncertainties include those identified from time to time in the reports filed by Generex with the Securities and Exchange Commission, which should be considered together with any forward-looking statement. No forward-looking statement is a guarantee of future results or events, and one should avoid placing undue reliance on such statements. Generex undertakes no obligation to update publicly any forward-looking statements, whether as a result of new information, future events or otherwise.  Generex claims the protection of the safe harbor for forward-looking statements that is contained in the Private Securities Litigation Reform Act.*

SOURCE Generex Biotechnology Corporation

Generex Contacts:

Generex Biotechnology Corporation

Joseph Moscato
646-599-6222

Todd Falls
800-391-6755 Extension 222
investor@generex.com

**Russo Partners**

Investor / Media Contacts:

Alex Fudukidis
(646) 942-5632
alex.fudukidis@russopartnersllc.com

Caroline Cunningham
(212) 845-4292
Caroline.Cunningham@russopartnersllc.com

# Generex Biotechnology Announces
# Record & Payment Dates
# for 20:1 Stock Dividend

MIRAMAR, FL, October 31, 2018 / (Business Wire) / -- Generex Biotechnology Corporation (www.generex.com) (OTCQB:GNBT) (http://www.otcmarkets.com/stock/GNBT/quote) today announced that the Record Date for the determination of the holders of the Company's common stock entitled to participate in the Company's previously announced 20:1 common stock dividend will be **Monday, November 5, 2018**.  The dividend Payment Date will be **Tuesday, November 13, 2018**.

The stock dividend will result in 20 shares of common stock paid on November 13, 2018 for every one share of common stock owned as of the close of business on November 5, 2018.

**About Generex Biotechnology Corporation**

Generex is a strategic, diversified healthcare holdings company with offerings in a variety of services, diagnostics, medical devices, and pharmaceutical development.

The Company's direct-to-patient services support its strategy of all-inclusive access to doctors, diagnostics, therapeutics, and additional health-related services to greatly improve the patient experience in receiving care.

On the provider side, Generex's management services remove administrative burdens in multiple provider settings, including private practice and hospital, allowing doctors to devote more time to patient care.

Revenue from the Company's subsidiaries will support clinical advancement of its wholly owned therapeutic products with a focus in immunotherapeutics based on stimulating critical members of the immune response, known as T helper cells, and its proprietary buccal administration of insulin.

**Cautionary Note Regarding Forward-Looking Statements**

*This release and oral statements made from time to time by Generex representatives in respect of the same subject matter may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements can be identified by introductory words such as "expects," "plan," "believes," "will," "achieve," "anticipate," "would," "should," "subject to" or words of similar meaning, and by the fact that they do not relate strictly to historical or current facts. Forward-looking statements frequently are used in discussing*

*potential product applications, potential collaborations, product development activities, clinical studies, regulatory submissions and approvals, and similar operating matters. Many factors may cause actual results to differ from forward-looking statements, including inaccurate assumptions and a broad variety of risks and uncertainties, some of which are known and others of which are not. Known risks and uncertainties include those identified from time to time in the reports filed by Generex with the Securities and Exchange Commission, which should be considered together with any forward-looking statement. No forward-looking statement is a guarantee of future results or events, and one should avoid placing undue reliance on such statements. Generex undertakes no obligation to update publicly any forward-looking statements, whether as a result of new information, future events or otherwise.  Generex claims the protection of the safe harbor for forward-looking statements that is contained in the Private Securities Litigation Reform Act.*

**Generex Contacts:**

**Generex Biotechnology Corporation**

Joseph Moscato
646-599-6222

Todd Falls
800-391-6755 Extension 222

investor@generex.com

**Russo Partners**

Investor / Media Contacts:

Alex Fudukidis
(646) 942-5632
alex.fudukidis@russopartnersllc.com

Caroline Cunningham
(212) 845-4292
Caroline.Cunningham@russopartnersllc.com

# Generex Announces
# REVISED Record & Payment Dates
# for 20:1 Stock Dividend

MIRAMAR, FL, November 5, 2018 / (Business Wire) / -- Generex Biotechnology Corporation (www.generex.com) (OTCQB:GNBT) (http://www.otcmarkets.com/stock/GNBT/quote) today announced that it has REVISED the record and payment dates for the previously announced 20:1 common stock dividend.

Due to a substantial number of inquiries from investors over the past several days, the Record Date for the determination of the holders of the Company's common stock entitled to participate in the Company's 20:1 common stock dividend will now be Friday, November 9, 2018.  The dividend Payment Date will be Monday, November 19, 2018.

The Company believes that the ex-dividend date will be Tuesday, November 20, 2018 by application of FINRA Uniform Practice Code section 11140(b)(2) because the dividend is greater than 25 percent of the value of the Company's common stock.  In addition, effective September 5, 2017, the U.S. Securities and Exchange Commission shortened the settlement cycle for transactions in U.S. equities from trade date plus three business days (T+3) to T+2 (Rule 15c6-1(a) under the *Securities Exchange Act of 1934* (17 CFR 240)). Common stock acquired in trades settled prior to the ex-dividend date will be entitled to receive the dividend.

The stock dividend will result in 20 shares of common stock paid for every one share of common stock owned.

*This press release does not constitute legal advice.  Investors are encouraged to solicit independent legal advice and to consult their independent investment brokerage firms as to record, payment, and ex-dividend dates and the application thereof to trades in the Company's common stock in the context of the stock dividend.*

**About Generex Biotechnology Corporation**

Generex is a strategic, diversified healthcare holdings company with offerings in a variety of services, diagnostics, medical devices, and pharmaceutical development.

The Company's direct-to-patient services support its strategy of all-inclusive access to doctors, diagnostics, therapeutics, and additional health-related services to greatly improve the patient experience in receiving care.

On the provider side, Generex's management services remove administrative burdens in multiple provider settings, including private practice and hospital, allowing doctors to devote more time to patient care.

Revenue from the Company's subsidiaries will support clinical advancement of its wholly owned therapeutic products with a focus in immunotherapeutics based on stimulating critical members of the immune response, known as T helper cells, and its proprietary buccal administration of insulin.

**Cautionary Note Regarding Forward-Looking Statements**

*This release and oral statements made from time to time by Generex representatives in respect of the same subject matter may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements can be identified by introductory words such as "expects," "plan," "believes," "will," "achieve," "anticipate," "would," "should," "subject to" or words of similar meaning, and by the fact that they do not relate strictly to historical or current facts. Forward-looking statements frequently are used in discussing potential product applications, potential collaborations, product development activities, clinical studies, regulatory submissions and approvals, and similar operating matters. Many factors may cause actual results to differ from forward-looking statements, including inaccurate assumptions and a broad variety of risks and uncertainties, some of which are known and others of which are not. Known risks and uncertainties include those identified from time to time in the reports filed by Generex with the Securities and Exchange Commission, which should be considered together with any forward-looking statement. No forward-looking statement is a guarantee of future results or events, and one should avoid placing undue reliance on such statements. Generex undertakes no obligation to update publicly any forward-looking statements, whether as a result of new information, future events or otherwise.  Generex claims the protection of the safe harbor for forward-looking statements that is contained in the Private Securities Litigation Reform Act.*

**Generex Contacts:**

**Generex Biotechnology Corporation**

Joseph Moscato
646-599-6222

Todd Falls
800-391-6755 Extension 222

investor@generex.com

**Russo Partners**

Investor / Media Contacts:

Alex Fudukidis
(646) 942-5632
alex.fudukidis@russopartnersllc.com

Caroline Cunningham
(212) 845-4292
Caroline.Cunningham@russopartnersllc.com

# Generex Publishes Update
# To Pending 20:1 Stock Dividend

MIRAMAR, FL, November 13, 2018 / (Business Wire) / -- Generex Biotechnology Corporation (www.generex.com) (OTCQB:GNBT) (http://www.otcmarkets.com/stock/GNBT/quote) today released an update on its previously announced 20:1 common stock dividend pending completion of FINRA review.

All OTC traded companies are required to file a notice with FINRA of material corporate actions such as a stock dividend.  Generex did so in the case of the planned stock dividend.  Subsequent to Generex's filing with FINRA and what management believed was the complete resolution of FINRA's questions regarding the subject stock dividend, new issues arose after FINRA's review of two Schedule 13G's filed by an investor indicating that investor had sold a substantial number of shares of common stock.  At that time, FINRA informed us that it was extending its review of our filing relating to the stock dividend.  As such, the stock dividend record date and payment date have been extended with the final dates yet to be set pending the finalization of FINRA's review.

Here is a link to the subject Schedule 13G's that have extended the date of record and pay date.  The entity which filed these Schedules does not have a representative in Generex management or on the Board of Directors.

https://www.sec.gov/Archives/edgar/data/1059784/000121390018014983/sc13g1118a2alpha_generexbio.htm

https://www.sec.gov/Archives/edgar/data/1059784/000121390018014953/0001213900-18-014953-index.htm

Joseph Moscato, Generex's President and Chief Executive Officer, commented: Delays can be frustrating and for any frustration experienced by shareholders, I apologize and assure you, we are committed to completing the dividend as soon as the subsequent FINRA review is concluded."

*This press release does not constitute legal advice.  Investors are encouraged to solicit independent legal advice and to consult their independent investment brokerage firms as to record, payment, and ex-dividend dates and the application thereof to trades in the Company's common stock in the context of the stock dividend.*

**About Generex Biotechnology Corporation**

Generex is a strategic, diversified healthcare holdings company with offerings in a variety of services, diagnostics, medical devices, and pharmaceutical development.

The Company's direct-to-patient services support its strategy of all-inclusive access to doctors, diagnostics, therapeutics, and additional health-related services to greatly improve the patient experience in receiving care.

On the provider side, Generex's management services remove administrative burdens in multiple provider settings, including private practice and hospital, allowing doctors to devote more time to patient care.

Revenue from the Company's subsidiaries will support clinical advancement of its wholly owned therapeutic products with a focus in immunotherapeutics based on stimulating critical members of the immune response, known as T helper cells, and its proprietary buccal administration of insulin.

**Cautionary Note Regarding Forward-Looking Statements**

*This release and oral statements made from time to time by Generex representatives in respect of the same subject matter may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements can be identified by introductory words such as "expects," "plan," "believes," "will," "achieve," "anticipate," "would," "should," "subject to" or words of similar meaning, and by the fact that they do not relate strictly to historical or current facts. Forward-looking statements frequently are used in discussing potential product applications, potential collaborations, product development activities, clinical studies, regulatory submissions and approvals, and similar operating matters. Many factors may cause actual results to differ from forward-looking statements, including inaccurate assumptions and a broad variety of risks and uncertainties, some of which are known and others of which are not. Known risks and uncertainties include those identified from time to time in the reports filed by Generex with the Securities and Exchange Commission, which should be considered together with any forward-looking statement. No forward-looking statement is a guarantee of future results or events, and one should avoid placing undue reliance on such statements. Generex undertakes no obligation to update publicly any forward-looking statements, whether as a result of new information, future events or otherwise.  Generex claims the protection of the safe harbor for forward-looking statements that is contained in the Private Securities Litigation Reform Act.*

**Generex Contacts:**

**Generex Biotechnology Corporation**

Joseph Moscato
646-599-6222

Todd Falls
800-391-6755 Extension 222

investor@generex.com

**Russo Partners**

Investor / Media Contacts:

Alex Fudukidis
(646) 942-5632
alex.fudukidis@russopartnersllc.com

Caroline Cunningham
(212) 845-4292
Caroline.Cunningham@russopartnersllc.com

# Generex Revises Record & Payment Dates for 20:1 Stock Dividend

MIRAMAR, FL, November 14, 2018 / (Business Wire) / -- Generex Biotechnology Corporation (www.generex.com) (OTCQB:GNBT) (http://www.otcmarkets.com/stock/GNBT/quote) today announced that it has revised the record and payment dates for the previously announced 20:1 common stock dividend.

The Record Date for the determination of the holders of the Company's common stock entitled to participate in the Company's 20:1 common stock dividend will now be Tuesday, November 20, 2018.  The dividend Payment Date will be Friday, November 30, 2018.

The Company believes that the ex-dividend date will be Monday, December 3, 2018 by application of FINRA Uniform Practice Code section 11140(b)(2) because the dividend is greater than 25 percent of the value of the Company's common stock.  In addition, effective September 5, 2017, the U.S. Securities and Exchange Commission shortened the settlement cycle for transactions in U.S. equities from trade date plus three business days (T+3) to T+2 (Rule 15c6-1(a) under the *Securities Exchange Act of 1934* (17 CFR 240)). Common stock acquired in trades settled prior to the ex-dividend date will be entitled to receive the dividend.

If shareholders of record sell stock after the record date but before the ex-dividend date, their shares will be sold with a "due bill" book entry which will denote that, although the Company will pay the dividend to the stockholder's account, the stockholder's account must relinquish the amount of that dividend over to the buyer of the stock. Conversely, if stock is purchased after the record date but the trade settles before the ex-dividend date, the buyer will be entitled to the dividend and will receive it via the due bill process.

The stock dividend will result in 20 shares of common stock paid for every share of common stock owned.

Generex President & Chief Executive Officer Joseph Moscato stated:  "I am pleased that we now have definitive dates for our common stock dividend and can now move forward with this part of our plan to reward our stockholders for their patience as we've reorganized Generex and paved the way for us to create value for our stockholders as we continue to build value in our Company."

*This press release does not constitute legal advice.  Investors are encouraged to solicit independent legal advice and to consult their independent investment brokerage firms as to record, payment, and ex-dividend dates and the application thereof to trades in the Company's common stock in the context of the stock dividend.*

**About Generex Biotechnology Corporation**

Generex is a strategic, diversified healthcare holdings company with offerings in a variety of services, diagnostics, medical devices, and pharmaceutical development.

The Company's direct-to-patient services support its strategy of all-inclusive access to doctors, diagnostics, therapeutics, and additional health-related services to greatly improve the patient experience in receiving care.

On the provider side, Generex's management services remove administrative burdens in multiple provider settings, including private practice and hospital, allowing doctors to devote more time to patient care.

Revenue from the Company's subsidiaries will support clinical advancement of its wholly owned therapeutic products with a focus in immunotherapeutics based on stimulating critical members of the immune response, known as T helper cells, and its proprietary buccal administration of insulin.

**Cautionary Note Regarding Forward-Looking Statements**

*This release and oral statements made from time to time by Generex representatives in respect of the same subject matter may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements can be identified by introductory words such as "expects," "plan," "believes," "will," "achieve," "anticipate," "would," "should," "subject to" or words of similar meaning, and by the fact that they do not relate strictly to historical or current facts. Forward-looking statements frequently are used in discussing potential product applications, potential collaborations, product development activities, clinical studies, regulatory submissions and approvals, and similar operating matters. Many factors may cause actual results to differ from forward-looking statements, including inaccurate assumptions and a broad variety of risks and uncertainties, some of which are known and others of which are not. Known risks and uncertainties include those identified from time to time in the reports filed by Generex with the Securities and Exchange Commission, which should be considered together with any forward-looking statement. No forward-looking statement is a guarantee of future results or events, and one should avoid placing undue reliance on such statements. Generex undertakes no obligation to update publicly any forward-looking statements, whether as a result of new information, future events or otherwise.  Generex claims the protection of the safe harbor for forward-looking statements that is contained in the Private Securities Litigation Reform Act.*

**Generex Contacts:**

**Generex Biotechnology Corporation**

Joseph Moscato
646-599-6222

Todd Falls
800-391-6755 Extension 222

investor@generex.com

**Russo Partners**

Investor / Media Contacts:

Alex Fudukidis
(646) 942-5632
alex.fudukidis@russopartnersllc.com

Caroline Cunningham
(212) 845-4292
Caroline.Cunningham@russopartnersllc.com