UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THREE BROTHERS TRADING, LLC,<br><br>                    Plaintiffs,<br><br>            -v.-<br><br>GENEREX BIOTECHNOLOGY CORP.,<br><br>                    Defendant. | 18 Civ. 11585 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

On December 11, 2018, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by February 4, 2019. Respondent's opposition, if any, is due on February 18, 2019. Petitioner's reply, if any, is due February 25, 2019.

SO ORDERED.

Dated:    January 2, 2019
         New York, New York

                                              _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge