UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THREE BROTHERS TRADING, LLC           1:18-cv-11585

          Petitioner,           **STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR PETITIONER**

- against -

GENEREX BIOTECHNOLOGY CORP.,

          Respondent.
------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that the law firm of Shaub, Ahmuty, Citrin & Spratt, LLP hereby is substituted in place and in the stead of the law firm of Akin Gump Strauss Hauer & Feld LLP as counsel of record for the petitioner Three Brothers Trading, LLC in the above-captioned action.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the address set forth below.

**IT IS FURTHER STIPULATED AND AGREED** that for purposes of this stipulation, faxed or email signatures shall be deemed as original.

Dated: Lake Success, New York
        October 25, 2019

AKIN GUMP STRAUSS HAUER           SHAUB, AHMUTY, CITRIN & SPRATT, LLP
& FELD LLP

By: _____           By: _____
     David M. Zensky, Esq.                     John F. Watkins, Esq.
     Outgoing Counsel for Petitioner         Incoming Counsel for Petitioner
     Three Brothers Trading, LLC             Three Brothers Trading, LLC
     One Bryant Park                              1983 Marcus Avenue, Ste. 260
     New York, NY 10036                    Lake Success, NY 11042
     Tel: (212) 872-1000                      Tel: (516) 488-3300
     Fax: (212) 872-1002                     Fax: (516) 488-2324
     Email: dzensky@akingump.com        Email: jwatkins@sacslaw.com

SO ORDERED

                                                     &   Rich Alter
_____       President
The Honorable Katherine Polk Failla      Three Brothers Trading, LLC
United States District Judge
_____, 2019.

01075037.1      00573944.1

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| THREE BROTHERS TRADING, LLC )<br>*Plaintiff* )<br>v. )<br>GENEREX BIOTECHNOLOGY CORP. )<br>*Defendant* ) | Case No. 18-11585 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THREE BROTHERS TRADING LLC, d/b/a ALTERNATIVE EXECUTION GROUP

Date:  10/21/19

s/ John F. Watkins
*Attorney's signature*

John F. Watkins JW2004
*Printed name and bar number*
Shaub, Ahmuty, Citrin & Spratt LLP
1983 Marcus Avenue
Lake Success, NY 11042

*Address*

jwatkins@sacslaw.com
*E-mail address*

(516) 488-3300
*Telephone number*

*FAX number*