UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THREE BROTHERS TRADING, LLC,

                Plaintiffs,

-v.-

GENEREX BIOTECHNOLOGY CORP.,

                Defendant.

18 Civ. 11585 (KPF)

SCHEDULING ORDER

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Petitioner's motion for reconsideration of the Court's May 28, 2020 denial of its application for entry of a partial final judgment. (Dkt. #71; May 28, 2020 Minute Entry). Respondent's shall file their opposition papers on or before June 24, 2020. Petitioner shall file its reply papers, if any, on or before July 1, 2020.

Dated:    June 10, 2020
              New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge