UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THREE BROTHERS TRADING, LLC,

                Plaintiffs,

-v.-

GENEREX BIOTECHNOLOGY CORP.,

                Defendant.

18 Civ. 11585 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Petitioner's motion for reconsideration of the Court's May 28, 2020 denial of its application for entry of a partial final judgment. (Dkt. #71; May 28, 2020 Minute Entry). Petitioner is hereby ORDERED to provide the Court with a transcript of that oral decision.

Dated:    July 10, 2020
           New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge