UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THREE BROTHERS TRADING, LLC,

                Plaintiffs,

-v.-

GENEREX BIOTECHNOLOGY CORP.,

                Defendant.

18 Civ. 11585 (KPF)

SCHEDULING ORDER

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of the parties' letters regarding Plaintiff's motion for reconsideration.  (Dkt. #71, 73, 75, 77).  The parties are hereby ORDERD to appear for a telephonic conference for an oral decision to resolve this pending motion on August 4, 2020, at 10:00 a.m.  At 10:00 a.m. the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 10:00 a.m.

    SO ORDERED.

Dated:    July 21, 2020
             New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge