UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THREE BROTHERS TRADING, LLC,

Plaintiff,

-v.-

GENEREX BIOTECHNOLOGY CORP.,

Defendant.

18 Civ. 11585 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

For the reasons articulated on the record at the September 3, 2020

hearing, Plaintiff's renewed motion for reconsideration of its motion for partial

entry of final judgment is GRANTED.  The Clerk of Court is directed to

terminate the motions at docket entries 71, 74, and 86.

SO ORDERED.

Dated:      September 3, 2020
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge