UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THREE BROTHERS TRADING, LLC, d/b/a ALTERNATIVE EXECUTION GROUP,<br><br>Petitioner,<br><br>v.<br><br>GENEREX BIOTECHNOLOGY CORP.<br><br>Respondent. | Civil Action No. 18-CV-11585 (KPF) |

## PARTIAL FINAL JUDGMENT IN CIVIL CASE

This matter having been commenced by summons and petition to confirm arbitration award, and claimant THREE BROTHERS TRADING, LLC, d/b/a ALTERNATIVE EXECUTION GROUP ("AEXG") having moved for summary judgment on December 13, 2019 and Respondent GENEREX BIOTECHNOLOGY CORP ("Generex") having opposed the motion and this Court having issued an Opinion and Order dated April 24, 2020 granting AEXG's motion and confirming portion of the arbitration award in favor of AEXG and against Generex, in the amount of $210,000 in liquidated damages, legal fees in the amount of $93,304.06, costs of $12,392.50, $3,312.50 for administrative fees and expenses associated with the arbitration, and 9% pre-judgment interest on the liquidated damages running from the date of the breach of March 28, 2017 ("Partial Award"); and

By an Order of the Court September 3, 2020, as memorialized in the transcript of an Oral Argument on that same day, this Court having granted AEXG's motion for reconsideration for partial entry of a final judgment pursuant to Fed. R. Civ. P. 54(b).

01131332.1

IT IS ORDERED, ADJUDGED AND DECREED that:

That for the reasons stated in the Court's Opinion and Order dated April 24, 2020, AEXG's petition is granted in part and the Partial Award is confirmed;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

AEXG, having its principal place of business at 708 Third Avenue, New York, NY 10017, recover from Generex, having its principal place of business at 10102 USA Today Way Miramar, Florida 33025 and 4145 North Service Road, Burlington, Ontario Canada, the principal sum of three-hundred nineteen thousand nine and 60/100 dollars ($319,009.60) representing $210,000 in liquidated damages, $93,304.06 in legal fees, $12,392.50 and 3,312.50 for fees and expenses plus prejudgment interest at a rate of 9% per annum from March 28, 2017 until the date of this judgment for the $210,000 in liquidated damages in the sum of  $ 65,761.64  and interest at a rate established by 28 U.S.C. § 1961 from date of this judgment until this judgment is fully satisfied.

Dated: September 18, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge