UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THREE BROTHERS TRADING, LLC,<br><br>                    Plaintiff,<br><br>                    -v.-<br><br>GENEREX BIOTECHNOLOGY CORP.,<br><br>                    Defendant. | 18 Civ. 11585 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Court understands that Plaintiff must file a corrected amended petition to confirm arbitration due to a filing error.  Accordingly, Plaintiff may file its corrected amended petition to confirm arbitration award on or by March 10, 2021.

    SO ORDERED.

Dated:    March 9, 2021
              New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge