UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THREE BROTHERS TRADING, LLC, d/b/a ALTERNATIVE EXECUTION GROUP,<br><br>                      Petitioner,<br><br>   v.<br><br>GENEREX BIOTECHNOLOGY CORP.<br><br>                      Respondent. | Civil Action No. 18-CV-11585 (KPF)<br><br>**DECLARATION OF JOHN F. WATKINS, ESQ. IN SUPPORT OF AEXG'S MOTION FOR SUMMARY JUDGMENT** |

I, JOHN F. WATKINS, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am a partner at the law firm of Shaub, Ahmuty, Citrin & Spratt, LLP, attorneys for Petitioner Three Brothers Trading, LLC, d/b/a Alternative Execution Group ("AEXG" or "Petitioner").

2.    In support of AEXG's instant motion for summary judgment, I submit this declaration in order to place before the Court true copies of the following exhibited documents:

| | |
|---|---|
| Exhibit 1 | A true and correct copy of Generex's October 10, 2018 Announcement regarding its twenty-for-one stock dividend (the "Stock Dividend"), which is publicly available at https://www.generex.com/investor. |
| Exhibit 2 | A true and correct copy of Generex's October 22, 2018 Announcement regarding the Stock Dividend, which is publicly available at https://www.generex.com/investor. |
| Exhibit 3 | A true and correct copy of Generex's October 31, 2018 Announcement regarding the Stock Dividend, which is publicly available at https://www.generex.com/investor. |
| Exhibit 4 | A true and correct copy of Generex's November 5, 2018 Announcement regarding the Stock Dividend, which is publicly available at https://www.generex.com/investor. |
| Exhibit 5 | A true and correct copy of Generex's November 13, 2018 Announcement regarding the Stock Dividend, which is publicly available at https://www.generex.com/investor. |

| | |
|---|---|
| Exhibit 6 | A true and correct copy of Generex's November 14, 2018 Announcement regarding the Stock Dividend, which is publicly available at https://www.generex.com/investor. |
| Exhibit 7 | A true and correct copy of Generex's Form 8-K, filed November 30, 2018, which is publicly available at https://www.sec.gov/Archives/edgar/data/1059784/000160706218000465/0001607062-18-000465-index.htm. |
| Exhibit 8 | A true and correct copy of a webpage from Bigcharts.com, representing Generex's stock price as of December 3, 2018, which is available at http://bigcharts.marketwatch.com/historical/default.asp?symb=gnbt&closeDate=12%2F3%2F18&x=31&y=21. |
| Exhibit 9 | A true and correct copy of Generex's Form 10-K, filed November 12, 2019, which is publicly available at https://www.sec.gov/Archives/edgar/data/1059784/000160706219000429/0001607062-19-000429-index.htm. |
| Exhibit 10 | A true and correct copy of Generex's Form 8-K, filed October 10, 2018, which is publicly available at https://www.sec.gov/Archives/edgar/data/1059784/000160706218000332/0001607062-18-000332-index.htm. |
| Exhibit 11 | A true and correct copy of letter from J. Brian Johns, International Case Counsel, dated December 7, 2017. |
| Exhibit 12 | A true and correct copy of Generex's January 23, 2019 Announcement regarding the Revised Record Date for Stock Dividend, which is publicly available at https://www.generex.com/investor. |
| Exhibit 13 | A true and correct copy of Generex's December 10, 2019 Announcement regarding the New Structure, Pay Date and Ex-Date for Previously Postponed Shareholder Stock Dividend, which is publicly available at https://www.generex.com/investor. |
| Exhibit 14 | A true and correct copy of the Amended Award of the Arbitrator, issued February 4, 2021. |
| Exhibit 15 | A true and correct copy of Generex's Pre-Hearing Submission, undated. |
| Exhibit 16 | A true and correct copy of AEXG's Pre-Hearing Submission, dated August 21, 2020. |
| Exhibit 17 | A true and correct copy of Generex's Post-Hearing Submission, dated November 6, 2020. |

4817-7402-3899, v. 1

Exhibit 18  A true and correct copy of AEXG's Post-Hearing Submission, dated November 5, 2020

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Lake Success, New York
       March 8, 2021

                                              /s/John F. Watkins
                                              JOHN F. WATKINS