UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THREE BROTHERS TRADING, LLC, d/b/a
ALTERNATIVE EXECUTION GROUP,

                Petitioner,

v.

GENEREX BIOTECHNOLOGY CORP.,

                Respondent.

**SO-ORDERED STIPULATION**

Case: 18-CV-11585 (KPF)

---

IT IS HEREBY STIPULATED, AGREED, AND ORDERED that, the parties having reached a settlement agreement, Petitioner's motion for summary judgment shall be granted.

The Clerk shall enter judgment accordingly.

_____
John F. Watkins, Esq.
Shaub Ahmuty Citrin & Spratt, LLP
1983 Marcus Avenue
Lake Success, NY 11042
jwatkins@sacslaw.com

_____
Alexander R. Klein, Esq.
Barket Epstein Kearon Aldea
& LoTurco, LLP
666 Old Country Road, Suite 700
Garden City, New York 11530
aklein@barketepstein.com

Application GRANTED.  The Clerk of Court is directed to terminate
the motions pending at docket entries 112 and 115.

Dated:    April 7, 2021
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE