UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THREE BROTHERS TRADING, LLC, d/b/a ALTERNATIVE EXECUTION GROUP,<br><br>Petitioner,<br><br>v.<br><br>GENEREX BIOTECHNOLOGY CORP.<br><br>Respondent. | Civil Action No. 18-CV-11585 (KPF)<br><br>**Judge Katherine Polk Failla** |

## JUDGMENT IN CIVIL CASE

This matter having been commenced by summons and petition to confirm arbitration award, and claimant THREE BROTHERS TRADING, LLC, d/b/a ALTERNATIVE EXECUTION GROUP ("AEXG") having moved for summary judgment on March 8, 2021 for an order granting AEXG's petition to confirm the Arbitration Award issued on February 4, 2021 (the "Amended Award") rendered against GENEREX BIOTECHNOLOGY CORP ("Generex"), and the parties having reached a settlement agreement, and this Court having issued an Order dated April 7, 2021 acknowledging the parties' settlement agreement, granting AEXG's motion for summary judgment confirming the Amended Award in favor of AEXG and against Generex, in the amount of: (1) $3,300,000 plus simple interest accruing at 9% from December 3, 2018, and (2) $550,319.92 as prevailing-party fees, and directing that a judgment be entered thereon. Further, the parties have stipulated and agreed to an additional $41,730 in attorney's fees to AEXG from Generex as accrued after the Amended Award, mooting the need for the hearing on said fees requested in AEXG's aforementioned summary judgment motion.

01131332.1

IT IS ORDERED, ADJUDGED AND DECREED that:

That for the reasons stated in the Court's Order dated April 7, 2021, AEXG's petition is granted and the Amended Award is confirmed;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

AEXG, having its principal place of business at 708 Third Avenue, New York, NY 10017, recover from Generex, having its principal place of business at 10102 USA Today Way Miramar, Florida 33025 and 4145 North Service Road, Burlington, Ontario Canada, the principal sum of $3,892,049.92 representing $3,300,000.00 in damages and $592,049.92 in legal fees and expenses. Additionally, AEXG will recover from Generex prejudgment interest at a rate of 9% per annum from December 3, 2018 until the date of this judgment for the $3,300,000 in damages in the sum of $698,153.42 and interest at a rate established by 28 U.S.C. § 1961 from date of this judgment until this judgment is fully satisfied.

Dated: April 9, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

**Exhibit A**

| Judgment Date | 9% Simple Interest from December 3, 2018 | Total Judgment |
|---|---|---|
| April 9, 2021 | $698,153.42. | $4,590,203.34 |
| April 12, 2021 | $700,594.52 | $4,592,644.44 |
| April 13, 2021 | $701,408.22 | $4,593,458.14 |
| April 14, 2021 | $702,221.92 | $4,594,271.84 |
| April 15, 2021 | 703,035.62 | $4,595,085.54 |
| April 16, 2021 | $703,849.32 | $4,595,899.24 |

01131332.1