UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THREE BROTHERS TRADING, LLC,<br><br>                            Petitioner,<br><br>                -v.-<br><br>GENEREX BIOTECHNOLOGY CORP.,<br><br>                            Respondent. | 18 Civ. 11585 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The parties are hereby ORDERED to appear for a telephone conference regarding Respondent's counsel's motion to withdraw on November 12, 2021, at 11:30 a.m. The dial-in information is as follows: At the specified time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 11:30 a.m.

      SO ORDERED.

Dated:  November 11, 2021
            New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge