UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THREE BROTHERS TRADING, LLC, <br><br> Petitioner, <br><br> -v.- <br><br> GENEREX BIOTECHNOLOGY CORP., <br><br> Respondent. | 18 Civ. 11585 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

    Petitioner filed a motion for the appointment of a receiver on November 5, 2021. (Dkt. #123-125). The Court held two conferences to discuss this motion, the first on December 3, 2021, which was continued on January 14, 2022. As discussed on the record on January 14, 2022, Respondent was ordered to retain counsel to appear on its behalf and file an opposition to Petitioner's motion on or before January 28, 2022. (*See* Minute Entry of Jan. 14, 2022). On January 27, 2022, the Court received email correspondence from Petitioner's counsel consenting to an extension of Respondent's time to oppose this motion. On January 31, 2022, the Court extended Respondent's time to oppose the receivership motion until February 11, 2022. (Dkt. #134).

    To this day, Respondent remains uncounseled and has not filed an opposition to Petitioner's motion to appoint a receiver. Accordingly, Petitioner's motion for the appointment of a receiver is GRANTED. The parties are to meet and confer regarding the appointment of an appropriate receiver forthwith. Petitioner's counsel shall file a status update regarding a proposal for an appropriate receiver on or before March 8, 2022.

The Clerk of Court is directed to terminate the pending motion at docket entry 123.

SO ORDERED.

Dated: February 22, 2022
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge