

March 23, 2022

Via Email
Hon. Katherine Polk Failla
District Court Judge
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Three Brothers Trading, LLC v. Generex Biotechnology Corp., Case No. 18-cv-11585 (KPF)
            SACS No.: 1034-00001

Dear Judge Failla:

    We would first like to sincerely apologize to the court for the delay in responding to its inquiry regarding the account for the Receivership Assets.

    Since we submitted the proposed receivership order last week, we have had ongoing discussions with the other creditors with an eye towards an intercreditor agreement. Unfortunately, the discussions have resulted in the need to submit a new proposed order to accurately reflect the fact that we have been unsuccessful in reaching any such agreement with Oasis Capital and BHP.

    To that end, please find attached to this letter both a clean and a redline version of the new proposed order (Ex. A, Ex. B). Once again, we apologize that this process has proven more difficult and contentious than anticipated.

                          Sincerely,

                          /s John F. Watkins
                        John F. Watkins, Esq.

COFFEY MODICA O'MEARA

200 E. Post Rd. Suite 210 White Plains, NY 10601    212-827-4501    jwatkins@cmollp.com