UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THREE BROTHERS TRADING, LLC, d/b/a ALTERNATIVE EXECUTION GROUP,<br><br>Petitioner<br><br>and<br><br>OASIS CAPITAL, LLC<br><br>Proposed Intervenor-Petitioner<br><br>v.<br><br>GENEREX BIOTECHNOLOGY CORP.<br><br>Respondent. | C.A. No. 18-cv-11585 (KPF)<br><br>**NOTICE OF MOTION TO INTERVENE AS PETITIONER** |

    Proposed intervenor-petitioner Oasis Capital, LLC ("Oasis"), by and through its attorneys, and pursuant to Fed. R. Civ. P. 24 and Local Civil Rule 7.1, hereby states as follows:

    PLEASE TAKE NOTICE that upon proposed intervenor Oasis' memorandum of law, Oasis will move this Court, before the Honorable Katherine Polk Failla, United States District Judge, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, Courtroom 6018, New York, NY 10007, on a date and at a time designated by the Court or as soon as counsel may be heard for an Order granting Oasis' Motion to Intervene as petitioner pursuant to Fed. R. Civ. P. 24 and enter Oasis' Proposed Order, attached hereto as **Exhibit A**. Oasis also includes with this filing a proposed intervenor-complaint, pursuant to Fed. R. Civ. P. 24(c), attached hereto as **Exhibit B** to this notice of motion.

Dated: March 28, 2022
New York, New York

**ARENTFOX SCHIFF LLP**

<u>/s/ Brett D. Goodman</u>
George P. Angelich
Brett D. Goodman
Beth M. Brownstein
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
(212) 484-3900
George.Angelich@afslaw.com
Brett.Goodman@afslaw.com
Beth.Brownstein@afslaw.com

*Attorneys for Oasis Capital, LLC*

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the attached was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on March 28, 2022.

*/s/  Brett D. Goodman*
Brett D. Goodman