UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THREE BROTHERS TRADING, LLC, d/b/a ALTERNATIVE EXECUTION GROUP,<br><br>Petitioner<br><br>and<br><br>OASIS CAPITAL, LLC<br><br>Proposed Intervenor-Petitioner<br><br>v.<br><br>GENEREX BIOTECHNOLOGY CORP.<br><br>Respondent. | C.A. No. 18-cv-11585 (KPF) |

## OASIS CAPITAL, LLC'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Intervenor-Petitioner Oasis Capital, LLC hereby certifies that Oasis Capital, LLC does not have any parent corporations. Undersigned counsel further certifies that no publicly held corporation owns more than 10% of Oasis Capital, LLC's membership interests.

Dated: March 28, 2022
       New York, New York

Respectfully submitted,

**ARENTFOX SCHIFF LLP**

<u>/s/ Brett D. Goodman</u>
George P. Angelich
Brett D. Goodman
Beth M. Brownstein
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
(212) 484-3900
George.Angelich@afslaw.com
Brett.Goodman@afslaw.com
Beth.Brownstein@afslaw.com

*Attorneys for Oasis Capital, LLC*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the attached was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on March 28, 2022.

/s/ Brett D. Goodman
Brett D. Goodman