UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THREE BROTHERS TRADING, LLC,<br><br>        Petitioner,<br><br>   -v.-<br><br>GENEREX BIOTECHNOLOGY CORP.,<br><br>        Respondent. | 18 Civ. 11585 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The parties are hereby ORDERED to appear for a telephone conference regarding Oasis Capital, LLC's motion to intervene and Petitioner's proposed receiver motion on **April 6, 2022, at 2:30 p.m.** At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 2:30 p.m.

  SO ORDERED.

Dated: April 4, 2022
     New York, New York

                    *Katherine Polk Failla*
                   KATHERINE POLK FAILLA
                   United States District Judge