Brett D. Goodman
George P. Angelich
Beth M. Brownstein
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019-6040
T: (212) 484-3900
F: (212) 484-3990
E: Brett.Goodman@afslaw.com

Nicholas J. Nesgos (*pro hac vice* pending)
**ARENTFOX SCHIFF LLP**
800 Boylston Street, 32nd Floor
Boston, MA 02199
T: 617-973-6168
F: 617-973-2315
E: Nicholas.Nesgos@afslaw.com

*Counsel for Proposed Intervenor-Petitioner*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THREE BROTHERS TRADING, LLC, d/b/a ALTERNATIVE EXECUTION GROUP,<br><br>Petitioner<br><br>and<br><br>OASIS CAPITAL, LLC,<br><br>Proposed Intervenor-Petitioner<br><br>v.<br><br>GENEREX BIOTECHNOLOGY CORP.,<br><br>Respondent. | C.A. No. 18-cv-11585 (KPF) |

**MOTION FOR ADMISSION PRO HAC VICE**

1

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Nicholas J. Nesgos, Esq., hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Oasis Capital, LLC, a Puerto Rican limited liability company seeking to intervene in the above-captioned matter.

I am in good standing of the bar of the Commonwealth of Massachusetts, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony, and have never been censured, suspended, disbarred, or denied admission or readmission by any court. In accordance with Local Rule 1.3, I include with this motion an affidavit in support of this motion.

Dated: April 6, 2022
Boston, MA

Respectfully submitted,

*/s/ Nicholas J. Nesgos*
Nicholas J. Nesgos, Esq.
ArentFox Schiff LLP
800 Boylston Street, 32nd Floor
Boston, MA 02199
T: 617-973-6168
F: 617-973-2315
E: Nicholas.Nesgos@afslaw.com

*Counsel for Proposed Intervenor-Petitioner*