UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THREE BROTHERS TRADING, LLC, d/b/a ALTERNATIVE EXECUTION GROUP,<br><br>Petitioner<br><br>and<br><br>OASIS CAPITAL, LLC,<br><br>Proposed Intervenor-Petitioner<br><br>v.<br><br>GENEREX BIOTECHNOLOGY CORP.,<br><br>Respondent. | C.A. No. 18-cv-11585 (KPF) |

### AFFIDAVIT OF NICHOLAS J. NESGOS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Nicholas J. Nesgos, hereby declare and state as follows:

1. I am a partner at the law firm of ArentFox Schiff LLP, counsel for Oasis Capital, LLC, a Puerto Rican limited liability company seeking to intervene in the above-captioned action.

2. I am in good standing of the bar of the Commonwealth of Massachusetts.

3. I have never been censured, suspended, disbarred, held in contempt, sanctioned or otherwise disciplined by any court or denied admission or readmission.

4. There are no disciplinary proceedings presently against me, and I have never been convicted of a felony.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____6th____ day of April 2022 in Boston, Massachusetts.

                                             Nicholas J. Nesgos, Esq.
                                             ArentFox Schiff LLP
                                             800 Boylston Street, 32nd Floor
                                             Boston, MA 02199
                                             T: 617-973-6168
                                             F: 617-973-2315
                                             E: Nicholas.Nesgos@afslaw.com

I, _Josephine M. Spagnoli_ Notary Public, do hereby certify that on this _6th_ day of _April_, 2022, Nicholas J. Nesgos personally declared that he read and signed the foregoing Affidavit and that the statements therein contained are true.

In witness, I have hereupon set my hand and seal on this _6th_ day of _____ April, 2022.

JOSEPHINE M. SPAGNOLI
Notary Public
Commonwealth of Massachusetts
My Commission Expires July 29, 2027