

**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY  10019

212.484.3900   **MAIN**
212.484.3990   **FAX**

afslaw.com

April 6, 2022

VIA ECF

**George Angelich**
Partner
212.457.5423   **DIRECT**
George.Angelich@afslaw.com

Hon. Katherine Polk Failla
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:   *Three Brothers Trading, LLC v. Generex Biotechnology Corp.*
      **Case No. 18-cv-11585 (KPF)**

Dear Judge Failla:

Attached as <u>Exhibit A</u> to this letter is Oasis Capital LLC's Corrected Counter Proposed Order. Attached hereto as <u>Exhibit B</u> is a redline of the Corrected Counter Proposed Order against the Petitioner's Proposed Receiver Order.

Respectfully submitted,

ArentFox Schiff LLP

*/s/ George Angelich*

George Angelich

**Smart In
Your World®**