

April 8, 2022

**Via Electronic Court Filing**

Hon. Katherine Polk Failla
District Court Judge
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **Three Brothers Trading, LLC v. Generex Biotechnology Corp.**
               **Case No. 18-cv-11585 (KPF)**
               **CMOC No.: 1078-00001**

Dear Judge Failla:

      We represent Petitioner Three Brothers Trading, LLC, d/b/a Alternative Execution Group ("AEXG"), in the above-captioned matter.

      Please find attached as Exhibits A, B, and C hereto the proposed order discussed with the Court at the recent telephonic conference. Exhibit A is a clean Proposed Receivership Order incorporating certain revisions by Oasis submitted 4/7/22, comments from GS Capital, and revisions by AEXG through 4/8/22.

      Exhibit B is a redline Proposed Receivership Order reflecting revisions by AEXG to proposed Order submitted by Oasis on 4/7/22, showing *only* AEXG's revisions to Oasis's clean version submitted on 4/7/22.

      Exhibit C is a redline Proposed Receivership Order reflecting ALL REVISIONS to the proposed Order submitted by AEXG on 3/23/22 – in other words, showing this will show Oasis' changes to the 3/23/22 proposed Order and AEXG's further changes to the 3/23/22 proposed Order. Please note that if Oasis added something, and AEXG subsequently deleted it, it will not show up in Exhibit C – it would, however, be visible in Exhibit B.

Respectfully submitted,

John F. Watkins
COFFEY MODICA O'MEARA
CAPOWKSI LLP
*Attorneys for Petitioner Three Brothers Trading,LLP*
200 E. Post Road, Suite 210
White Plains, NY 10601
T 212-827-4501
D 914-221-6604
M 574-274-9646
E jwatkins@cmollp.com