UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THREE BROTHERS TRADING, LLC, d/b/a ALTERNATIVE EXECUTION GROUP,<br><br>Petitioner<br><br>and<br><br>OASIS CAPITAL, LLC<br><br>Proposed Intervenor-Petitioner<br><br>v.<br><br>GENEREX BIOTECHNOLOGY CORP.<br><br>Respondent. | C.A. No. 18-cv-11585 (KPF) |

## ORDER

Having considered Oasis Capital, LLC's notice of motion to intervene in this matter and its memorandum of law in support of that motion, and for good cause shown, Oasis Capital, LLC's motion to intervene is hereby **GRANTED**. Counsel for Oasis Capital, LLC are hereby directed to file Oasis Capital, LLC's proposed intervenor complaint.

**IT IS SO ORDERED.**

Dated: April 11, 2022
New York, New York

_____
Honorable Katherine Polk Failla
United States District Judge