**CMOC**
**COFFEY MODICA O'MEARA CAPOWSKI**

OFFICES   NEW YORK   NEW JERSEY   CONNECTICUT

April 25, 2022

**By Electronic Court Filing**
Hon. Katherine Polk Failla
District Court Judge
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    **Three Brothers Trading, LLC v. Generex Biotechnology Corp.**
                **Case No. 18-cv -11585 (KPF)**
                **CMOC No.: 1078-00001**

Dear Judge Failla:

      As the Court knows, we represent Three Brothers Trading, LLC ("AEXG") in the above-referenced matter.

      At the most recent conference before the Court on Friday, April 22, 2022, I informed the Court for AEXG that AEXG and certain other creditors expected, on that day, to commence an involuntary bankruptcy of Generex Biotechnology Corp. Following further good faith, though unsuccessful, settlement efforts among the creditors, that did occur Friday evening in the Southern District of Florida, Case No. 22-13166 (PRD).

      As the Court asked, I am providing with this letter copies of the bankruptcy petition (Exhibit A hereto) and the corporate ownership statement (Exhibit B hereto).

      Thank you as always for your courtesies.

                                                          Respectfully submitted,

                                                          *John F. Watkins*
                                                          John F. Watkins
                                                          COFFEY MODICA O'MEARA
                                                             CAPOWSKI LLP
                                                          *Attorneys for Petitioner Three Brothers*
                                                          *Trading, LLP*
                                                          200 E. Post Road, Suite 210
                                                          White Plains, NY 10601
                                                          T 212-827-4501
                                                          D 914-221-6604
                                                          M 574-274-9646
                                                          E jwatkins@cmocllp.com

cc:  by NYSCEF