UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THREE BROTHERS TRADING, LLC,<br><br>                                Petitioner,<br><br>                -v.-<br><br>GENEREX BIOTECHNOLOGY CORP.,<br><br>                                Respondent. | 18 Civ. 11585 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On June 14, 2022, counsel for the Receiver apprised the Court of the status of the Receivership Estate.  (Dkt. #167).  Since that time, Receiver has not updated the Court.  (*See id.*).  Per the Court's Order appointing the Receiver, the Receiver is directed to file quarterly updates regarding an accounting of the Receivership Assets.  (Dkt. #159 at 11).  The Receiver is **ORDERED** to submit such report or submit a formal request to the Court to terminate the Receiver from its obligations under the Receivership Order on or before **January 13, 2023.**  Likewise, the parties, by joint letter, are **ORDERED** to submit an update to the Court regarding the involuntary Chapter 7 bankruptcy proceedings on or before **January 13, 2023.**

    SO ORDERED.

Dated:   December 22, 2022
             New York, New York

                                                            _____
                                                                KATHERINE POLK FAILLA
                                                               United States District Judge