UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THREE BROTHERS TRADING, LLC, d/b/a :
ALTERNATIVE EXECUTION GROUP, :
                                                                       Petitioner, :
                                                                       : Index No. 18 Civ. 11585 (KPF)
              -against- :
GENEREX BIOTECHNOLOGY CORP., :
                                                                       Respondent. :
-----------------------------------------------------------------x

**ORDER APPROVING THE FINAL REPORT, TERMINATING THE
RECEIVER'S APPOINTMENT AND DISCHARGING IT OF ITS DUTIES**

Upon the final report and motion (the "Motion") of Ryniker Consultants, LLC (the "Receiver"), as the Receiver of all property of Generex Biotechnology Corp. ("Generex"), pursuant to the terms of this Court's order, dated April 11, 2022 [Docket No. 159] (the "Receivership Order"), for an Order terminating the Receiver's appointment and discharging the Receiver of its duties under the Receivership Order; and the Court having considered the Motion and record at the hearing; it is hereby

ORDERED, that the Receiver's appointment under the Receivership Order is hereby terminated; and it is further

ORDERED, that the Motion and final report of the Receiver contained therein are hereby approved; and it is further

ORDERED, that the Receiver may terminate any and all bonds secured in connection with the Receiver's appointment, including the bond with RLI Insurance Company; and it is further

ORDERED, that the Receiver is hereby discharged and otherwise released from any further duties and responsibilities as Receiver in connection with this case or the Receivership Order; and it is further

ORDERED, that this Court shall retain jurisdiction over any disputes arising from the Receivership Order or the Receiver's actions thereunder, notwithstanding termination of the receivership.

```
The Clerk of Court is directed to terminate the pending motion at
docket entry 169.

Dated:     January 24, 2023         SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE