**From:** Angelich, George <george.angelich@afslaw.com>
**Sent:** Thursday, May 25, 2023 7:08 PM
**To:** Adam Long <adam@oasis-cap.com>; ███████████████████████████████████████
**Cc:** Kesselman, Justin A. <justin.kesselman@afslaw.com>; Nesgos, Nicholas J. <nicholas.nesgos@afslaw.com>
**Subject:** Generex

All,

Hope you've been well.

As you know, our engagement concluded last year. ███████████████████████████████████████
███████████████████████████████████████

Adam,

We are filing a withdrawals of appearance for the SDNY matters.  Please let us know if you want to name replacement counsel.  I am available next week to speak at your convenience.

Thank you!

Best regards,



**George P. Angelich**
PARTNER | ARENTFOX SCHIFF LLP

george.angelich@afslaw.com | 212.457.5423 **DIRECT**

Bio | My LinkedIn | Twitter | Subscribe

1301 Avenue of the Americas, 42nd Floor, New York, NY 10019

Exhibit 1
Page 1 of 1

[Redacted pursuant to Rule 9(A) of Individual Rules of Judge Failla]