

**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY  10019

212.484.3900   **MAIN**
212.484.3990   **FAX**

afslaw.com

**George Angelich**
Partner
212.457.5423   **DIRECT**
george.angelich@afslaw.com

August 10, 2023

<u>**VIA ECF**</u>

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

*Withdrawal of Letter at Docket No. 183*
-----------------------------------------------

In re:   *Three Brothers Trading, LLC v. Generex Biotechnology Corp.*, Case No. 18-cv-11585-KPF

Your Honor:

ArentFox Schiff LLP hereby withdraws the LETTER dated August 10, 2023 at Docket No. 183.

Respectfully submitted,

*/s/ George P. Angelich*
George P. Angelich

**Smart In
Your World®**